# APPENDIX 9

# List of Identifiable Potential U.S. and Non-U.S. Creditors and Other Notice Parties

# LIST OF IDENTIFIABLE POTENTIAL U.S. AND NON-U.S. CREDITORS AND OTHER NOTICE PARTIES

ACE EUROPEAN GROUP LTD
THE ACE BUILDING
100 LEADENHALL STREET
LONDON EC3A 3BP
UNITED KINGDOM

AIG AVIATION
58 FENCHURCH STREET
LONDON EC3M 4AB
UNITED KINGDOM

AIG EUROPE UK LIMITED
58 FENCHURCH STREET
LONDON EC3M 4AB
UNITED KINGDOM

ALLIANZ GLOBAL CORPORATE
& SPECIALTY/AGF MAT
27 LEADENHALL STREET
LONDON EC3A 1AA
UNITED KINGDOM

AON RISK SERVICES
LLOYD'S CHAMBERS
1 PORTSOKEN STREET
LONDON E1 8DF
UNITED KINGDOM

AXA CORPORATE SOLUTIONS ASSURANCE
140 FENCHURCH STREET
LONDON EC3M 6BL
UNITED KINGDOM

AXA GLOBAL RISKS UK LIMITED
140 FENCHURCH STREET
LONDON EC3M 6BL
UNITED KINGDOM

AXA RE
140 FENCHURCH STREET
LONDON EC3M 6BL
UNITED KINGDOM

BRITISH AEROSPACE PLC
WARWICK HOUSE
FARNBOROUGH AEROSPACE CENTRE
FARNBOROUGH
SURREY GU14 6YU
UNITED KINGDOM

BSG INSURANCE HOLDINGS LTD
ONE CANADA SQUARE
CANARY WHARF
LONDON E14 5AD
UNITED KINGDOM

C/O PRO INSURANCE SOLUTIONS LTD
BRUTON COURT BRUTON WAY
GLOUCESTER
GLOUCESTERSHIRE GL1 1DA
UNITED KINGDOM

CAMAT
NO 2 MINSTER COURT
MINCING LANE
LONDON EC3R 7XA
UNITED KINGDOM

GENERAL ACCIDENT REINSURANCE
ST HELENS
1 UNDERSHAFT
LONDON EC3P 3DQ
UNITED KINGDOM

GROUPAMA INSURANCE CO LITD
GROUPAMA HOUSE
24-26 MINORIES
LONDON EC3N 1DE
UNITED KINGDOM

HOUSTON CASUALTY
WALSINGHAM HOUSE
35 SEETHING LANE
LONDON EC3N 4AH
UNITED KINGDOM

LA PATERNELLE
MARITIME HOUSE WEST STREET
FARNHAM

SURREY GU9 7AZ
UNITED KINGDOM

LONDON AND HULL MARITIME
MARITIME HOUSE
WEST STREET
FARNHAM
SURREY GU9 7AZ
UNITED KINGDOM

MBDA
11 THE STRAND
LONDON WC2N 5RJ
UNITED KINGDOM

MINSTER INSURANCE COMPANY LTD
3RD FLOOR 18 MANSELL STREET
LONDON E1 8AA
UNITED KINGDOM

R&Q REINSURANCE COMPANY
CAVELL MANAGEMENT SERVICES
8TH FL KENT HOUSE
ROMNEY PLACE MAIDSTONE
KENT  ME15 6LT
UNITED KINGDOM

ROYAL AND SUN ALLIANCE
REINSURANCE LIMITED
LEADENHALL COURT
1 LEADENHALL STREET
LONDON EC3V 1PP
UNITED KINGDOM

ROYAL AND SUN ALLIANCE UK
ST MARK'S COURT
CHART WAY
HORSHAM
WEST SUSSEX RH12 1XL
UNITED KINGDOM

SIRIUS INTL INS CORP UK
THE LONDON UNDERWRITING CENTRE
4TH FLOOR SUITE 12
3 MINSTER COURT MINCING LANE
LONDON EC3R 7DD

UNITED KINGDOM

SIRIUS UK
THE LONDON CENTRE 4TH FL STE 12
MINSTER CENTRE  MINCING LANE
LONDON EC3R 7DD
UNITED KINGDOM

SWISS RE
30 ST MARY AXE
LONDON EC3P 3EP
UNITED KINGDOM

UNIONE ITALIANA UK
REINSURANCE COMPANY LIMITED
PO BOX 62
ROSE LANE BUSINESS CENTRE
51-59 ROSE LANE
NORWICH NR1 1JY
UNITED KINGDOM

UNIONE ITALIANA UK
REINSURANCE COMPANY LIMITED
G3 ANAYA HOUSE
CATHEDRAL HILL
GUILDFORD
SURREY GU2 7YL
UNITED KINGDOM

WESTMINSTER AVIATION INS GROUP
2 WHITE LION COURT
CORNHILL
LONDON EC3V 3NP DL
UNITED KINGDOM

WESTMINSTER AVIATION INS GROUP
NO 2 MINSTER COURT
MINCING LANE
LONDON EC3R 7XA
UNITED KINGDOM

BALOISE INSURANCE
C/O PRO LTD BRUTON CT
BRUTON WAY
GLOUCESTER GL1 1DA
UNITED KINGDOM

EXCESS INSURANCE C
C/O DOWNLANDS LIABILITY MGMNT LTD
DLM HOUSE
DOWNLANDS BUSINESS PARK
LYONS WAY
WORTHING  BN14 9RX
UNITED KINGDOM

KIDDE INC / HANSON
SADDLE BROOK NJ / HANSON HOUSE
14 CASTLE HILL
MAIDENHEAD
BERKSHIRE  SL6 4JJ
UNITED KINGDOM

PAN ATLANTIC INS C
GRANT THORNTON HOUSE
MELTON ST
EUSTON SQ
LONDON NW1 2EP
UNITED KINGDOM

STANDARD LIFE AS
STANDARD LIFE HOUSE
30 LOTHIAN ROAD
EDINBURGH EH1 2DH
UNITED KINGDOM

THE GRIFFIN INS AS
NEW CITY COURT
20 ST THOMAS ST
LONDON SE1 9RR
UNITED KINGDOM

VETERINARY DEFENCE
4 HAIG COURT PARKGATE
KNUTSFORD
CHESHIRE WA16 8X2
UNITED KINGDOM

ABIELLE REASSURANCES
39 RUE DE COLISEE
F-75008 PARIS
FRANCE

AGF MAT
23/27 RUE NOTRE DAME DES VICTOIRES
F-75002 PARIS
FRANCE

AGFASSURANCES GÉNÉRALES DE FRANCE SA
87 RUE DE RICHELIEU
F-75002 PARIS
FRANCE

ALEXANDER & ALEXANDER SERVICES INC
BEKOUW MENDES CROEP B V
POSTBUS 12250
1100 AG AMSTERDAM ZUIDOOST
NETHERLANDS

AMA AVIATION
23 RUE NOTRE-DAME DES VICTOIRES
F-75002 PARIS
FRANCE

AXA ASSURANCES
45 RUE DE CHATEAUDUN
F-75009 PARIS
FRANCE

AXA CORP SOLUTIONS ASSURANCE
4 RUE JULES LEFEBVRE
CEDEX 9
F-75426 PARIS
FRANCE

AXA LIABILITIES MGRS SWITZERLAND
RUDOLFSTRASSE 1
POSTFACH 357
WINTERTHUR CH-8401
SWITZERLAND

C/O GENERALI FR
7 BOULEVARD HAUSSMANN
CEDEX 09 SEDE SOCIALE
F-75447 PARIS
FRANCE

C/O MUTUELLE DU MANS ASSURANCES
POUR LA LICORNE
10 BLVD ALEXANDRE OYON

72030 LE MANS
CEDEX 9
FRANCE

CAMAT SA
247 SYNGROU AVENUE
17122 NEA
SMYRNI
FRANCE

ETHIOPIAN INSURANCE CORPORATION
PO BOX 2545
ADDIS ABABA
ETHIOPIA

FALCON REINSURANCE
COMPANY LIMITED NEUCHATEL
6/F DCH COMMERCIAL CENTRE
NO 25 WESTLANDS ROAD
QUARRY BAY
HONG KONG

FENIX DIRECTO
AVDA GENERAL PERON 27
28020 MADRID
SPAIN

G S I S - GOVERNMENT SVC INS SYSTEM
FINANCIAL CENTRE
RECLAMATION AREA
ROXAS BOULEVARD
PASAY CITY
PHILIPPINES

GENERAL INS CO OF INDIA GIC INDIA
3RD FLOOR SURAKSHA
170 JAMSHETJI TATA ROAD
CHURCHGATE
MUMBAI 400 200
INDIA

GROUPAMA DCER
5/7 RUE DU CENTRE
93199 NOISY LE GRAND
FRANCE

INSTITUTO NACIONAL DE REASEGUROS
AV JULIO A ROCA 694
CAPITAL FEDERAL
1067 BUENOS AIRES
ARGENTINA

MISR INSURANCE COMPANY
44A DOKKI STREET
DOKKI-GIZA
PO BOX 261
DOKKI
EGYPT

SANTAM INSURANCE LIMITED
1 SPORTICA CRESCENT
TYGER VALLEY
BELLVILLE 7530
SOUTH AFRICA

SPL SWISS POOL FOR AVIATION INSURANCE
TESSINERPLATZ 12
CH-8002
ZÜRICH

BANK HAPOALIM BM
50 ROTHSCHILD BLVD
TEL AVIV 66833
ISRAEL

BANK OF NEW ZEALAND
9498 LAMBTON QUAY
WELLINGTON 6011
NEW ZEALAND

GRADMAN AND HOLLER
KERNERSTR 50
7000 STUTTGART 1
WEST GERMANY

KOEBSTAEDERNES ALM
GRONNINGENL
DK-1270
KOBENHAVN K
DENMARK

KYOEI MUTUAL FIRE

18-6 SHIMBASHI 2-CHROME
MINATO-KU TOKYO
105-8604
JAPAN

MERRILL LYNCH-HONG
15/F ST GEORGE'S BUILDING
2 ICE HOUSE ST
CENTRAL
HONG KONG

PEOPLES INS CO LTD
250 CONSUMERS RD STE 605
TORONTO ON M2J 4V6
CANADA

SCM CORPORATION
21 TOH GUAN ROAD EAST
#08-29
TOH GUAN CENTRE
608609
SINGAPORE

SOREMA NORTH AMERI
161 BAY ST STE 5000
TORONTO ON M5J 2S1
CANADA

SVERIGES ANFARTYGS
PO BOX 171
SE-401 22 GOTEBORG
SWEDEN

VICTORY INS CO
FIRST CANADIAN PLACE
100 KING ST WEST 37TH FL
TORONTO ON M5X 1C9
CANADA

ALLIANZ MARINE & AVIATION
GROßER BURSTAH 3
HAMBURG 040-361 70
GERMANY

SCOTTISH AND YORK
2206 EGLINTON AVENUE EAST

SCARBOROUGH ON M1L 4S8
CANADA

METROMEDIA INC
2171 AVE RD
TORONTO ON M5M 4B4
CANADA

INVESTORS ASSURUNIT
12D BELVEDERE TOWER
15 SAN MIGUEL AVE
ARTIGAS
PASIG CITY
PHILLIPINES

ECHO BAY MINES LT
3300 MANULIFE PL
10180 101ST ST
EDMONTON
ALBERTA T5J 3S4
CANADA

418394-2

AIG
100 COLONY SQUARE
1175 PEACHTREE ST NE STE 1000
ATLANTA GA 30361

AIG AVIATION INC
1175 PEACHTREE ST NE STE 1000
100 COLONY SQUARE
ATLANTA GA 30361

AIG NATIONAL UNION
175 WATER ST
NEW YORK NY 10038

HCC INSURANCE HOLDINGS INC
13403 NORTHWEST FREEWAY
HOUSTON TX 77040

PEMCO AON
PO BOX 1035
NEW YORK NY 10270

ALLEGHENY INTERNAT
1079 S BRADDOCK AVE
PITTSBURGH PA 15218

ALLEN GROUP INC
534 BROAD HOLLOW RD
MELVILLE NY 11746

ALLSTATE INSURANCE
2775 SANDERS RD
NORTHBROOK IL 60062

ALLSTATE INSURANCE
3075 SANDERS RD STE G2H
NORTHBROOK IL 60062-7127

AMAX INC
128 WEST CHESTNUT AVE
MONROVIA CA 91016

AMERICAN RETAIL GROUP
FORMERLY AMCENA
625 CROOKED CREEK RD
NORCROSS GA 30092

AMERICAN AGRISURAN
1501 E WOODFIELD RD STE 300W
SCHAUMBURG IL 60173

AMERICAN BANKERS I
11222 QUAIL ROOST DR
MIAMI FL 33157

AMERICAN BROADCAST
1345 AVENUE OF THE AMERICAS
NEW YORK NY 10105

AMERICAN HOME PROD
5 GIRALDA FARMS
MADISON NJ 07940

ANDOVER
95 OLD RIVER RD
ANDOVER MA 01810

ANHEUSER BUSCH CO
ONE BUSCH PL
ST LOUIS MO 63118

ARKWRIGHT BOSTON M
COFACE NORTH AMERICAN INS CO
PO BOX 9198
WALTHAM MA 02254-9198

ASSOCIATED INTERNA
TEN PARKWAY N
DEERFIELD IL 60015

ATLANTIC MUTUAL FI
100 WALL ST 28TH FL
NEW YORK NY 10005-3743

AUTO CLUB INSURANC
1 AUTO CLUB DR
DEARBORN MI 48126

AUTO OWNERS INSURA
PO BOX 30660
LANSING MI 48909

BALBOA INS CO CALI
PO BOX 19702
IRVINE CA 92612-9702

BATUS INC
1500 BROWN & WILLIAMSON TOW
LOUISVILLE KY 40232

BAYER USA INC
600 GRANT ST
PITTSBURGH PA 15219

BEACON INS CO NOR
2915 CENTRAL EXPRESSWAY E
WICHITA FALLS TX 76302

BEACON NATIONAL IN
2915 CENTRAL EXPRESSWAY E
WICHITA FALLS TX 76302

BROTHERS OF THE CH
100 DE LA SALLE DR
ROMESVILLE IL 60441

BUFFALO BRASS COMP
PO BOX 981
BUFFALO NY 14240

CPC INTERNATI
BOX 8000
ENGLEWOOD CLIFFS NJ 07632

CAPITAL CITIES/ABC
77 W 66TH ST 13TH FL
NEW YORK NY 10023

CAPITAL CITY INSUR
PO BOX 212157
COLUMBIA SC 29221-2157

CARTHAGE DISTRICT
PO BOX 495
CARTHAGE IL 62321-0495

CAVENHAM FOREST IN
1326 E MILL ST

TULLOS LA 71479

CERTAIN TEED CORPO
750 E SWEDESFORD RD
VALLEY FORGE PA 19482

CHASE MANHATTAN BA
80 PINE ST
NEW YORK NY 10080

CIGNA CORPORATION
1601 CHESTNUT ST # 1
PHILADELPHIA PA 19192

CIGNA CORPORATION
C/O ACE USA
436 WALNUT ST
PHILADELPHIA PA 19106

CITIBANK N A
1ST AVE
MANHATTAN NY 10021

CITIZENS SECURITY
12910 SHELBYVILLE RD STE 300
LOUISVILLE KY 40243

COLONIAL LLOYDS IN
PO BOX 2543
FORT WORTH TX 76113

COMMERCE AND INDUS
70 PINE ST
NEW YORK NY 10270

CONCORD GENERAL MU
4 BOUTON ST
CONCORD NH 03301

CONNECTICUT GEN FI
900 COTTAGE GROVE RD
BLOOMFIELD CT 06152

CONTINENTAL TELECO
224 N MAIN ST STE 23
EATON RAPIDS MI 48827

CORNING GLASS WORK
ONE RIVERFRONT PLAZA
PO BOX 544
CORNING NY 14831

COVENANT MUTUAL IN
82 H BENNETT SQUARE
SOUTHBURY CT 06488

DAUGHTERS OF CHARI
231 SOUTH BEMISTON STE 735
ST LOUIS MO 63105-1925

DEL LABORATORIES
PO BOX 9357
UNIONDALE NY 11553

DELTA LLOYDS INS C
PO BOX 2045
HOUSTON TX 77252

DIOCESE OF BILOXI
1790 PEPPS FERRY RD
BILOXI MS 39532

DONEGAL MUTUAL INS
1195 RIVER RD
MARIETTA PA 17547-0302

DORINC O REINSURANC
DORINCO CENTER
1320 WALDO AVE I STE 200
MIDLAND MI 48642

DOW JONES CO I
1211 AVE OF THE AMERICAS
NEW YORK NY 10036

DYSON-KISSNER
565 5TH AVE FL 4
NEW YORK NY 10017-2424

EDUCATORS INSURANC
875 E 5180 S
MURRAY UT 84107-6399

ELECTRIC MUTUAL IN
152 CONANT ST
BEVERLY MA 01915

EMPLOYER INS OF WA
400 WESTWOOD DR
WAUSAU WI 54401

EQUITABLE LIFE ASSURANCE
3 TRIAD CENTER # 200
SALT LAKE CITY UT 84180

FARM BUREAU MUTUAL
5400 UNIVERSITY AVE
WEST DES MOINES IA 50266-5997

FIRST HORIZON INSU
PO BOX 9300
MINNEAPOLIS MN 55440

FLEMING COMPANIES
PO BOX 26647
OKLAHOMA CITY OK 73126-0647

FM INS CO
1301 ATWOOD AVE
JOHNSTON RI 02919

FMC CORPORATION
200 E RANDOLPH DR
CHICAGO IL 60601

GAMMA REINSURANCE
175 WATER ST
NEW YORK NY 10038

GENERAL INDEMNITY
952 ECHO LANE STE 460
HOUSTON TX 77024

GENERAL REFRACTORI
225 CITY AVE # 14
BALA CYNWYD PA 19004

GEORGIA-PACIFIC CO

133 PEACHTREE ST NE
ATLANTA GA 30303

GERALD METALS CORP
40 RECTOR ST STE 1520
NEW YORK NY 10006

GRANGE MUTUAL INSU
PO BOX 121
TROY PA 16947

GULF WESTERN IN
ONE GULF & WESTERN PLAZA
NEW YORK NY 10023

H GROUP HOLDINGS
71 S WACKER DR
CHICAGO IL 60606

HASBRO
1027 NEWPORT AVE
PAUTUCKET RI 02862-1059

HERITAGE INSURANC
7125 W JEFFERSON AVE STE 200
LAKEWOOD CO 80235

HOME INSURANCE COM
59 MAIDEN LANE 5TH FL
NEW YORK NY 10038-4502

HUMANA INC
PO BOX 1438
LOUISVILLE KY 40201

ICM INSURANCE CO
100 COMMONS WAY STE 210
HOLMDEL NJ 07733

INGERSOLL RAND CO
100 CHEMUNG ST
PAINTED POST
NEW YORK NY 14870

ITT CORPORATION ET
1133 WESTCHESTER AVE

WHITE PLAINS NY 10604

JEWELLERS MUTUAL I
24 JEWELERS PARK DR
NEENAH WI 54956

JOHNSON & JOHNSON
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK NJ 08933

KDI CORPORATION
60 S JEFFERSON RD
WHIPPANY NJ 07891

KELLOG COMPANY ETA
2050 STATE RD
LANCASTER PA 17601-1821

KMI CONTINENTAL
160 ALLEN'S CREEK RD
ROCHESTER NY 14618

LE MARS INSURANCE
PO BOX 1608
LE MARS IA 51031-1608

LEVI STRAUSS CO
1155 BATTERY ST
SAN FRANCISCO CA 94111

LEXINGTON INSURANC
80 PINE ST
NEW YORK NY 10005

LLOYDS U S
620 W PIPELINE
HURST TX 76053

LONG ISLAND RAILRO
JAMAICA STATION
JAMAICA NY 11435

MAC ANDREWS FORB/TECHNICOLOR
767 5TH AVE FL 12A
NEW YORK NY 10153

MANHATTAN INDUSTRI
1155 AVE OF THE AMERICAS
NEW YORK NY 10036

MAY DEPARTMENT STO
994 E PITTSBURG ST
GREENSBURG PA 15601

MCA INC
3040 AIRPARK DR S
FLINT MI 48507

MCGRAW-HILL INC
1221 AVE OF THE AMERICAS
NEW YORK NY 10020

MERRILL LYNCH HU
4 WORLD FINANCIAL CTR
250 VESEY ST
NEW YORK NY 10080

METROPOLITAN LIFE
1 MADISON AVE
NEW YORK NY 10010-3690

MORGAN STANLEY C
221 E 4TH ST 22
CINCINNATI OH 45202

MUTUAL FIRE MARINE
120 E UWCHLAN AVE STE 101
EXTON PA 19341-1275

NATIONAL BROADCAST
30 ROCKEFELLER PLAZA
NEW YORK NY 10020

NATIONAL UNION FIR
70 PINE ST
NEW YORK NY 10270

NATIONWIDE MUTUAL
1 NATIONWIDE PLAZA
COLUMBUS OH 43215-2220

NIAGARA MOHAWK

300 ERIE BLVD
WEST SYRACUSE NY 13202

NORTH AMERICAN PHILIPS
10275 W HIGGINS RD
ROSEMONT IL 60018

NORTH AMERICAN PHY
26600 TELEGRAPH RD
SOUTHFIELD MI 48034

NORTH STAR MUTUAL
PO BOX 48
COTTONWOOD MN 56229-0048

NORTHERN COUNTY MU
PO BOX 223687
DALLAS TX 75222 -3687

NWNL REINSURANCE C
111 WASHINGTON AVE S
MINNEAPOLIS MN 55401

NYNEX CORP ETAL
1095 AVE OF THE AMERICAS
NEW YORK NY 10036

OLYMPIA YORK
BUILDING A
NEW YORK NY 10280

PEKIN INS CO PEKIN
2505 COURT STREET
PEKIN IL 61558

PERDUE FARMS
ZION CHURCH RD
SALISBURY MD 21804

PETER KIEWIT F/K/A
1000 KIEWIT PLAZA
OMAHA NE 68131

PHILIP MORRIS
120 PARK AVE
NEW YORK NY 10017

PORTLAN GENERAL CO
121 SW SALMON ST
PORTLAND OR 97204

PRUDENTIAL INSURAN
751 BROAD ST 23RD FL
NEWARK NJ 07102

QUINCY MUTUAL FIRE
PO BOX 9155
QUINCY MA 02269-9155

RANCHERS FARMERS
2610 SWEETGUM LANE
BEAUMONT TX 77703-4926

RANGER INSURANCE C
8875 HIDDEN RIVER PKWY STE 350
TAMPA FL 33637

RAYTHEON CORPORATI
RAYTHEON COMPANY
870 WINTER ST
WALTHAM MA 02451-1449

REPUBLIC WESTERN I
2721 N CENTRAL AVE
PHOENIX AZ 85004

RESOLUTE REINSURAN
100 FIRST STAMFORD PLACE
STAMFORD CT 06902

RJ REYNOLDS TOBACCO
401 N MAIN ST
WINSTON SALEM NC 27102

RUSSELL REINSURANC
717 MULBERRY ST
DES MOINES IA 50309

SCHERING PLOUGH CO
3030 JACKSON AVE
MEMPHIS TN 38151

SEARS ROEBUCK CO
3333 BEVERLY RD
HOFFMAN ESTATES IL 60179

SEIBELS BRUCE GROU
1501 LADY ST
COLUMBIA SC 29201

SERVICE INSURANCE
PO BOX 9729
BRADENTON FL 34206-9729

SMITHKLINE BECKMAN
ONE FRANKLIN PLAZA
PHILADELPHA PA 19101

SMITHKLINE BECKMAN/THE SINGER CO
ONE FRANKLIN PLAZA
PHILADELPHA PA 19101

SOUTHERN CALIFORNIA
425 S MAIN ST
LOS ANGELES CA 90013

SPS TECHNOLOGIES
20 TRELLIS RD
LEVITTOWN PA 19056

STAR TECHNICAL RIS
70 PINE ST
NEW YORK NY 10270

STONE AND WEBSTER
3854 VERNON BLVD
LONG ISLAND CITY NY 11101

SUNSHINE INSURANCE
475 WEST TOWN PL STE 210
ST AUGUSTINE FL 32092

TOPA INSURANCE COM
1800 AVENUE OF THE STARS
LOS ANGELES CA 90067

TRANSATLANTIC REIN
80 PINE ST 9TH FL

NEW YORK NY 10005

TRINITY UNIVERSAL
PO BOX 655028
DALLAS TX 75265-5028

UNITED BRANDS COMA
1400 WEBER AVE
SIOUX FALLS SD 57103

UTAH HOME FIRE INS
36 SOUTH STATE STE 2600
SALT LAKE CITY UT 84111

UTICA MUTUAL INS C
180 GENESEE ST
NEW HARTFORD NY 13413

VERIZON
140 WEST ST
NEW YORK NY 10007

WR GRACE COMPA
7500 GRACE DR
COLUMBIA MD 21044

418342-2

ALEXANDER FORBES LTD
6 BEVIS MARKS
LONDON EC3A 7AF
UNITED KINGDOM

ALLIANZ/AGF MAT/CAMAT
ALLIANZ CORNHILL HOUSE
27 LEADENHALL STREET
LONDON EC3A 1AA
UNITED KINGDOM

ALSFORD PAGE & GEMS
MINORIES HOUSE
2-5 MINORIES
LONDON EC3N 1BJ
UNITED KINGDOM

ALWEN HOUGH JOHNSON LTD
2 MINSTER COURT
MINCING LANE
LONDON EC3R 7BB
UNITED KINGDOM

AON GROUP LTD
8 DEVONSHIRE SQUARE
LONDON EC2M 4PL
UNITED KINGDOM

ARTHUR J GALLAGHER UK LIMITED
9 ALIE STREET
LONDON E1 8DE
UNITED KINGDOM

AXA GLOBAL RISKS UK LTD
140 FENCHURCH STREET
LONDON EC3M 6BL
UNITED KINGDOM

BENFIELD GROUP LIMITED
55 BISHOPSGATE
LONDON EC2N 3BD
UNITED KINGDOM

BRADSTOCK INSURANCE BROKERS LTD
- IN LIQUIDATION –
C/O ERNST & YOUNG

1 MORE LONDON PLACE
LONDON SE1 2AF
UNITED KINGDOM

CITIGROUP GLOBAL MARKETS LIMITED
CITYGROUP CENTRE
33 CANADA SQUARE
LONDON E14 5LB
UNITED KINGDOM

COGENT RESOURCES LIMITED
50 FENCHURCH STREET
LONDON EC3M 3JY
UNITED KINGDOM

DASHWOOD BREWER & PHIPPS LTD
INDEPENDENT HOUSE
7 CUTLER STREET
LONDON E1 7DJ
UNITED KINGDOM

FIRSTCITY PARTNERSHIP LTD
LONDON E1 6BX
UNITED KINGDOM

HEATH LAMBERT LTD
133 HOUNDSDITCH
LONDON EC3A 7AH
UNITED KINGDOM

HERITAGE UNDERWRITING MGMT LTD
POLYGON HALL
PO BOX 225
ST PETER PORT
GUERNSEY GY1 4HY
UNITED KINGDOM

JLT RISK SOLUTIONS LTD
6 CRUTCHED FRIARS
LONDON EC3N 2PH
UNITED KINGDOM

MARSH LTD
TOWER PLACE
LONDON EC3R 5BU
UNITED KINGDOM

NORMAN BUTCHER JONES
3RD FLOOR
52 LIME STREET
LONDON EC3M 7AF
UNITED KINGDOM

PRO INSURANCE SOLUTIONS
ONE GREAT TOWER STREET
LONDON EC3R 5AA
UNITED KINGDOM

PWS HOLDINGS LTD
PEARSON WEBB SPRINGBETT LONDON LTD
52-56 MINORIES
LONDON EC3N 1JJ
UNITED KINGDOM

RESOLUTIONS INTERNATIONAL LIMITED
MAYLAND HOUSE
NEWLAND STREET
WITHAM
ESSEX CM8 2UP
UNITED KINGDOM

THOMAS MILLER ISLE OF MAN LIMITED
16/17 MOUNT HAVELOCK DOUGLAS
IM1 2QG
ISLE OF MANN

WILLIS LIMITED
10 TRINITY SQUARE
LONDON EC3P 3AX
UNITED KINGDOM

BAIN CLARKSON AON
8 DEVONSHIRE SQUARE
LONDON EC2M 4PL
UNITED KINGDOM

BALLANTYNE MCKEAN BMS GROUP
ATTN MARIA TYRRELL
ONE AMERICA SQUARE
LONDON EC3N 2LS
UNITED KINGDOM

C E HEATH
HEATH LAMBERT GROUP
133 HOUNDSDITCH
LONDON EC3A 7AH
UNITED KINGDOM

C T BOWRING MARSH
TOWER PLACE
LONDON EC3R 5BU
UNITED KINGDOM

EAM MARSH
TOWER PLACE
LONDON EC3R 5BU
UNITED KINGDOM

FENCHURCH
HEATH LAMBERT GROUP
133 HOUNDSDITCH
LONDON EC3A 7AH
UNITED KINGDOM

FRED S JAMES
MARSH
TOWER PLACE
LONDON EC3R 5BU
UNITED KINGDOM

GREIG FESTER
BENFIELD GREIG GROUP
55 BISHOPGATE
LONDON EC2N 3BD
UNITED KINGDOM

HARMON WICKS
JARDINE LLOYD THOMPSON GROUP
6 CRUTCHED FRIARS
LONDON EC3N 2DH
UNITED KINGDOM

JOHNSON & HIGGINS
MARSH
TOWER PLACE
LONDON EC3R 5BU
UNITED KINGDOM

LOVAT
24 LIME STREET
LONDON EC3M 7HS
UNITED KINGDOM

MARSH LTD
TOWER PLACE
LONDON EC3R 5BU
UNITED KINGDOM

MARSH MACMILLAN
MARSH
TOWER PLACE
LONDON EC3R 5BU
UNITED KINGDOM

MILES SMITH
20 BIRCHIN LANE
LONDON EC3V
UNITED KINGDOM

RICHARDS LONGSTAFF HSBC
BISHOPS COURT
27/33 ARTILLERY LANE
LONDON E1 7LP
UNITED KINGDOM

SULLIVAN PAYNE
MARSH
TOWER PLACE
LONDON EC3R 5BU
UNITED KINGDOM

TYSER
12 CAMOMILE STREET
LONDON
UNITED KINGDOM

VAP D'ENTREVES
SUITE 14 2ND FLOOR INTL HOUSE
ST KATHERINE'S WAY
LONDON E1 W1XF
UNITED KINGDOM

WINCHESTER BOWRING
MARSH

TOWER PLACE
LONDON EC3R 5BU
UNITED KINGDOM

WINDSOR
2 AMERICA SQUARE
LONDON EC3N 2LU
UNITED KINGDOM

LA REUNION AERIANNE
50 RUE AMPERE
75 017 PARIS
FRANCE

MDB R/I BROKERS
CHAUSSEE DE WATERLOO 935
1180 BRUXELLES
BELGIUM

VAP D'ENTREVES
STE 14 2ND FLOOR
INTERNATIONAL HOUSE
ST KATHERINE'S WAY
LONDON E1 W1XF
UNITED KINGDOM

418399-2

Case 3:09-bk-08706   Doc 1-12   Filed 07/31/09   Entered 07/31/09 15:15:14   Desc
Appendix 9--List of Identifiable Potential U.S. and Non-U.S. Creditors and Other   Page 30 of 34

ACE USA
436 WALNUT ST
PHILADELPHIA PA 19106

ANDREW EDWARDS & CO
790 NEW YORK AVE FL 2
HUNTINGTON NY 11743-4499

AON
200 E RANDOLPH ST # LL3
CHICAGO IL 60601

AON RE
7230 MCGINNIS FERRY RD STE 300
SUWANEE GA 30024

ARTHUR J GALLAGHER
THE GALLAGHER CENTRE
TWO PIERCE PLACE
ITASCA IL 60143-3141

ARTHUR J GALLAGHER
14 WALL ST
NEW YORK NY 10005

ASHFORD REINS INTERMEDIARIES
345 KINDERKAMACK RD
WESTWOOD NJ 07675

AVRECO
550 WEST VAN BUREN STE 1200
CHICAGO IL 60607

BELL NICHOLSON HENDERSON
NOW AON
123 NORTH WACKER DR
CHICAGO IL 60606

BENFIELD
ATTN CANDACE TWITE
3600 AMERICAN BLVD W STE 700
MINNEAPOLIS MN 55431

CEDARPINE - GUY CARPENTER
TWO LOGAN SQUARE
100 N 18TH ST

PHILADELPHIA PA 19103-2772

CRUMP RE
199 WATER ST 28TH FL
NEW YORK NY 10038

E W BLANCH
3600 AMERICAN BLVD W
MINNEAPOLIS MN 55431

G J SULLIVAN CO
800 W 6TH ST STE 1800
LOS ANGELES CA 90017

G L HODSON - WILLIS
ATTN CATHY SANDERS
88 PINE ST
NEW YORK NY 10005-1801

GUY CARPENTER
ATTN EDNA MALINSKI
121 RIVER ST
HOBOKEN NJ 07030-5792

GUY CARPENTER
ONE MADISON AVENUE
NEW YORK NY 10010-3658

GUY CARPENTER & COMPANY LLC
TWO LOGAN SQUARE
100 N 18TH ST
PHILADELPHIA PA 19103-2772

H S FOX CORPORATION
8222 DOUGLAS AVE STE 400
DALLAS TX 75225

J L KELLEY
357 GETTYSBURG WAY
LINCOLN PARK NJ 07035-1837

JOHN D SAYER CRC
80 BROAD ST 25TH FL
NEW YORK NY 10004

JOHN F SULLIVAN CO

800 W 6TH ST STE 1800
LOS ANGELES CA 90017

JOHN GILBERT - HOLBORN CORP
88 PINE ST
NEW YORK NY 10005

JOHN P WOODS - GALLAGHER
THE GALLAGHER CENTRE
TWO PIERCE PLACE
ITASCA IL 60143-3141

KERWICK & CURRAN
1 HUNTINGTON QUAD 2N 01
MELVILLE NY 11747-4401

LE BLANC & DE NICOLAY
AON
123 N WACKER DR
CHICAGO IL 60606

MAGNANT RE
TWO RIVERS RE CORP
1250 TWO RIVERS POINT
WILLIAMSBURG VA 23185

PAUL NAPOLITAN
AON
123 N WACKER DR
CHICAGO IL 60606

PEGLAR ASSOCIATES INC
1150 SUMMER ST
STAMFORD CT 06905

PREFERRED REINSURANCE
INTERMEDIARIES INC
ATTN VERITHA LEE
14 MONCKTON BLVD
COLUMBIA SC 29206

RESOLUTE MANAGEMENT INC
ATTN DOROTHY EDWARDS
30 S 17TH ST STE 700
PHILADELPHIA PA 19103

RFC INTERMEDIARIES
ST PAUL/TRAVELERS
385 WASHINGTON ST
ST PAUL MN 55102

RICHARD WHILEY INC
110 WILLIAM ST
NEW YORK NY 10038

ROGER METZGER ASSOCIATES
8 BARRISTER DR
HOLMDEL NJ 07733-2813

SELLON ASSOCIATES
3 NEW KING ST
WHITE PLAINS NY 10604-1232

STEWART SMITH EAST
88 PINE ST FL 17
NEW YORK NY 10005-1807

SWETT & CRAWFORD
3715 NORTHSIDE PKWY
BLDG 200 STE 800
ATLANTA GA 30327

TOWERS
ONE STAMFORD PLAZA
263 TRESSER BLVD
STAMFORD CT 06901

WILLCOX INC
R/I INTERMEDIARIES
EIGHT PENN CENTER STE 1800
PHILADELPHIA PA 19103

418357-2